

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-15-00217-CV

**FOR THE BEST INTEREST AND PROTECTION OF A.S.,** a Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0851
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

This appeal arises from an order to compel psychoactive medications. The appellate record was complete on April 14, 2015. Appellant's brief was due on May 4, 2015. On the due date, Appellant filed a motion for extension of time to file the brief until May 24, 2015.

This court must advance the disposition of this appeal. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 574.070(e), 574.108 (West 2010); TEX. R. APP. P. 2. Appellant's motion is GRANTED IN PART. Appellant must file the brief with this court not later than May 14, 2015.

Appellee's brief must be filed within fifteen days after Appellant's brief is filed. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070(e); TEX. R. APP. P. 2.

After the briefs have been filed, this court will advance this appeal on the court's docket in accordance with the statutory requirements. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 574.070(e), 574.108.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court